IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. _7:25cr 779_ |
| | ) | |
| vs. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| **JOSHUA ANTONIO KENNEDY** | ) | 28 U.S.C. § 2461(c) |
| **a/k/a "Joshua Antonio Diew"** | ) | |
| | ) | **SEALED INDICTMENT** |
| | ) | |
| | ) | |

COUNT 1
*(Distribution of Methamphetamine)*

THE GRAND JURY CHARGES:

That on or about November 1, 2024, in the District of South Carolina, the Defendant, **JOSHUA ANTONIO KENNEDY, a/k/a "Joshua Antonio Diew,"** knowingly, intentionally, and unlawfully distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT 2
*(Distribution of Methamphetamine)*

THE GRAND JURY FURTHER CHARGES:

That on or about November 15, 2024, in the District of South Carolina, the Defendant, **JOSHUA ANTONIO KENNEDY, a/k/a "Joshua Antonio Diew,"** knowingly, intentionally, and unlawfully distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

JUN 10 2025 PM 2:51
RCV'D - USDC G'VILLE SC

## FORFEITURE

DRUG OFFENSES:

Upon conviction for a felony violation of Title 21, United States Code, as charged in this Indictment, the Defendant, **JOSHUA ANTONIO KENNEDY, a/k/a "Joshua Antonio Diew,"** distributed shall forfeit to the United States all of the Defendant's rights, title, and interest in and to any property, real and personal,

    (a)    constituting, or derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

    (b)    used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation of Title 21, United States Code.

PROPERTY:

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property subject to forfeiture includes, but is not limited to, the following:

Proceeds/Forfeiture Judgment:

A sum of money equal to all property the Defendant obtained as a result of the drug offenses charged in the Indictment and all interest and proceeds traceable thereto as a result of his violation of 21 U.S.C. § 841.

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

    (a)    cannot be located upon the exercise of due diligence;
    (b)    has been transferred or sold to, or deposited with, a third person;
    (c)    has been placed beyond the jurisdiction of the Court;
    (d)    has been substantially diminished in value; or
    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of Defendant up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A _____True_____ BILL

REDACTED

_____
FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Justin W. Holloway (Fed. ID # 11684)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-268-2100
Fax:   864-233-3158
Email: Justin.Holloway@usdoj.gov